LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WENDY ZORANA ZUPAC
(202) 434-5231
wzupac@wc.com

WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 15, 2020

**VIA CM/ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application GRANTED. The deadline to submit supplemental briefs is hereby EXTENDED to **January 24, 2020**. The Clerk of Court is directed to terminate ECF No. 125. SO ORDERED.
>
> January 16, 2020

Re: *Apotex Corp. v. Hospira Healthcare India Private Limited and Hospira Inc.,* No. 18-CV-4903 (JMF)

Dear Judge Furman,

Plaintiff Apotex Corp. ("Apotex") and Defendants Hospira Healthcare India Private Limited and Hospira, Inc. ("Hospira", and with Apotex, the "Parties") jointly submit this letter-motion respectfully to request that the Court extend the deadline for the Parties to submit supplemental briefs on whether the Court should exercise supplemental jurisdiction over the remaining state-law claims until **January 24, 2020**.

On January 6, 2020, this Court issued an Opinion and Order granting Hospira's motion to dismiss Apotex's monopolization and attempted monopolization claims under Section 2 of the Sherman Antitrust Act, 15 U.S.C. § 2. *See* Dkt. No. 124. Under 28 U.S.C. § 1367, the Court has discretion whether to exercise supplemental jurisdiction over the remaining state law claims, and the Court ordered the Parties to submit supplemental briefs (not to exceed five pages) addressing this issue by January 17, 2020. *Id*.

At the time the Court issued its Order, senior counsel for the Parties were in Melbourne, Australia, conducting depositions in this matter. Counsel did not return to the United States until Sunday, January 12, 2020. In light of these depositions and resulting travel, both Parties respectfully request an additional week to submit the supplemental briefs, such that the briefs would be due on **Friday, January 24, 2020**. Counsel for the Parties have not previously requested an extension of time to submit this briefing. The Parties are next scheduled to appear before this Court for a pretrial conference on October 27, 2020.

WILLIAMS & CONNOLLY LLP

January 15, 2020
Page 2

Respectfully submitted,

| | |
|---|---|
| /s/ *Sara P. Madavo* (by consent) | /s/ *Wendy Z. Zupac* |
| Sara P. Madavo | Wendy Z. Zupac |
| Foley & Lardner LLP | Williams & Connolly LLP |
| 90 Park Avenue | 725 12th St. NW |
| New York, New York 10016 | Washington, DC 20005 |
| Telephone:  (212) 338-3626 | Telephone:  (202) 434-5000 |
| Facsimile:  (212) 682-2329 | Facsimile:  (202) 434-5029 |
| Email:  smadavo@foley.com | Email:  wzupac@wc.com |
| | |
| *Counsel for Plaintiff Apotex Corp.* | *Counsel for Defendants Hospira Healthcare India Private Limited and Hospira, Inc.* |

Encl.

Cc:     All counsel of record